BARRY J. PORTMAN
Federal Public Defender
STEVEN G. KALAR
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-0570 MMC |
|---|---|---|
| Plaintiff, | ) | ~~PROPOSED~~ STIPULATED ORDER CONTINUING STATUS DATE |
| v. | ) | |
| CARMEN GARCIA, | ) | **Present Hearing Date**: Wed. Nov. 4, 2009 at 2:30 pm |
| Defendant. | ) | |
| | | **Proposed Hearing Date:** Wed. Dec. 16, 2009 at 2:30 pm |

The defendant in the above-entitled action, Carmen Garcia, is charged in a federal indictment with three counts of wire fraud and three counts of mail fraud. She is also charged in San Mateo County Superior Court with various fraud-related cases. Although Ms. Garcia has appeared in federal court she in not currently in federal custody; she has been brought to federal court on *writs ad prosequendum*. She is currently in state custody in the San Mateo County jail in Redwood City.

1      Ms. Garcia's previous state counsel, Ms. Bethani Jackson, withdrew from the state
2 cases soon after AFPD Steven Kalar was appointed in the federal case. New state
3 counsel, Mr. Thomas Deremigio, has been appointed to represent Ms. Garcia.
4      In this proposed stipulated order, federal defense counsel Kalar represents that he
5 has spoken with Mr. Deremigio. Mr. Deremigio has begun the process of meeting with
6 his new client and reviewing a large amount of discovery in multiple state cases.
7 Although there is some overlap in the offense conduct and the defenses of the state and
8 federal cases, and although the state and federal cases will affect one another in the
9 sentencing calculations for both matters, state defense counsel Mr. Deremigio is not
10 presently sufficiently familiar with the San Mateo Superior Court cases to discuss these
11 matters or to participate in negotiations.
12      In addition, there is a large amount of both federal and state discovery for federal
13 defense counsel AFPD Kalar to review. Despite repeated requests previous state counsel
14 did not provide this discovery; replacement counsel Mr. Deremigio promptly provided the
15 materials once he was appointed.
16      Therefore, federal defense counsel Kalar requests that the status appearance now
17 scheduled before this Court for Wednesday, November 4, 2009 at 2:30 pm be vacated.
18 Defense counsel requests that the matter be added to the Court's calendar for Wednesday,
19 December 16, 2009 at 2:30 pm for status. Defense counsel further proposes that time be
20 excluded under the Speedy Trial Act from November 4, 2009 to December 16, 2009 to
21 permit for the effective preparation of counsel and to allow for continuity of counsel.
22      The government has no objection to the defense requests.
23 //
24 //
25 //
26 //
27 //
28 //

1  Therefore, for good cause shown the status hearing in this matter now scheduled
2  for November 4, 2009, shall be vacated. The matter shall be set for status on Wednesday,
3  December 16, 2009 at 2:30 p.m.. Time shall be excluded under the Speedy Trial Act from
4  November 4, 2009 to December 16, 2009, to permit for the effective preparation of
5  counsel and for the continuity of defense counsel.

7  IT IS SO ORDERED.

9  Dated: November 2, 2009

   *[signature: Maxine M. Chesney]*
   MAXINE M. CHESNEY
   United States District Judge

   IT IS SO STIPULATED.

October 29, 2009          JOSEPH P. RUSSONIELLO
                          United States Attorney
                          Northern District of California

                          /s

                          JEFFREY R. FINIGAN
                          Assistant United States Attorney
                          Northern District of California

October 29, 2009          BARRY J. PORTMAN
                          Federal Public Defender
                          Northern District of California

                          /s

                          STEVEN G. KALAR
                          Assistant Federal Public Defender

*Garcia*, CR 09-0570 MMC
PROPOSED STIP. ORD. CONTINUING STATUS      3