1 | BARRY J. PORTMAN
2 | Federal Public Defender
3 | STEVEN G. KALAR
  | Assistant Federal Public Defender
4 | 450 Golden Gate Avenue
  | San Francisco, CA 94102
5 | Telephone: (415) 436-7700

6 | Counsel for Defendant Garcia

10 |           IN THE UNITED STATES DISTRICT COURT

11 |           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | UNITED STATES OF AMERICA,        )   No. CR 09-0570 MMC
                                     )
15 |         Plaintiff,               )   PROPOSED STIPULATED
                                     )   ORDER CONTINUING
16 | v.                               )   STATUS DATE
                                     )
17 |                                  )    AND ORDER THEREON
   | CARMEN GARCIA,                   )
18 |                                  )   **Present Hearing Date**: Wed.
   |         Defendant.                )   Dec. 16, 2009 at 2:30 pm
19 |                                  )
   | _____ )
20 |                                      **Proposed Hearing Date:** Wed.
                                          Feb. 3, 2010 at 2:30 pm
21 |

22 |                        **Request for Continuance**

       The defendant in the above-entitled action, Carmen Garcia, is charged in a federal indictment with three counts of wire fraud and three counts of mail fraud. She is also charged in San Mateo County Superior Court with various fraud-related cases. Although Ms. Garcia has appeared in federal court she in not currently in federal custody; she has been brought to federal court on *writs ad prosequendum.* She is currently in state custody in the San Mateo County jail in Redwood City.

*Garcia*, CR 09-0570 MMC
PROPOSED STIP. ORD. CONTINUING STATUS

Ms. Garcia's previous state counsel, Ms. Bethani Jackson, withdrew from the state cases soon after AFPD Steven Kalar was appointed in the federal case. New state counsel, Mr. Thomas Deremigio, has been appointed to represent Ms. Garcia.

In this proposed stipulated order, federal defense counsel Kalar represents that he has spoken with Mr. Deremigio. Mr. Deremigio has begun the process of meeting with his new client and reviewing a large amount of discovery in multiple state cases. There is some overlap in the offense conduct and the defenses of the state and federal cases, and the state and federal cases are very likely to affect one another in the sentencing calculations for both matters.

Undersigned counsel is informed and believe that the district attorney has stated his intent to bring additional charges against Ms. Garcia in San Mateo County. Mr. Deremigio, appointed state counsel, cannot realistically apprise the state cases and assist in the defense and potential resolution of the federal case until those new charges have been formalized. Mr. Deremegio anticipates that the new charges will be filed in the short term.

Moreover, Ms. Garcia is currently set for trial for some of the state charges in San Mateo County.

In addition, both undersigned counsel and Mr. Deremegio continue to review the extensive discovery in both the federal and state cases. Additional time is necessary for the effective preparation of counsel as this discovery review is underway.

Because of these recent and on-going developments in the state cases, undersigned counsel requests that the status appearance now scheduled before this Court for Wednesday, December 16, 2009 at 2:30 pm be vacated. Defense counsel requests that the matter be added to the Court's calendar for Wednesday, February 3, 2010 at 2:30 pm for status. Defense counsel further proposes that time be excluded under the Speedy Trial Act from December 16, 2009 to February 3, 2010 to permit for the effective preparation of counsel and to allow for continuity of counsel. In addition, exclusion of time under the Speedy Trial Act is appropriate, given the pending trials of the state matters in San Mateo County. *See* 18 USC 3161(h)(1)(B).

1  The government has no objection to these defense requests.

2

3  **Request for Referral for Pre-Plea Presentence Report**

4  The parties in the state and federal matters have begun discussions regarding a
5  pretrial disposition that would involve a global resolution. Those discussions are
6  complicated by interplay of the exposure in the San Mateo County cases and the federal
7  sentencing exposure.

8  Undersigned counsel represents that it would facilitate these discussions if federal
9  counsel could provide more specificity regarding the potential federal sentencing
10 guideline range. A pre-plea presentence report limited to the issue of criminal history
11 would provide federal counsel with a better understanding of Ms. Garcia's criminal
12 history category, and would allow federal counsel to provide a more reliable assessment
13 of the federal guideline range during these state/county negotiations. The time period
14 between now and February 2010, while state defense counsel is learning the extent of the
15 state exposure, could be productively used by the Probation Office to prepare this pre-
16 plea report.

17 Therefore, undersigned counsel asks that this Court refer Ms. Garcia's matter to
18 the Office of Probation to prepare a pre-plea presentence report, limited to the issue of
19 criminal history. The government has no objection to this request.

20 **Orders**

21 Therefore, for good cause shown the status hearing in this matter now scheduled
22 for December 16, 2010, shall be vacated. The matter shall be set for status on Wednesday,
23 February 3, 2010 at 2:30 p.m.. Time shall be excluded under the Speedy Trial Act from
24 December 16, 2009 to February 3, 2010, to permit for the effective preparation of counsel
25 and for the continuity of defense counsel. Time shall also be excluded given the pending
26 trials of the state matters in San Mateo County. *See* 18 USC 3161(h)(1)(B).

27 Ms. Garcia's case is referred to the Office of Probation for a pre-plea presentence
28 report limited to the issue of criminal history. If possible, the Probation Office shall

1  disclose this report to the parties before February 3, 2010.

2      IT IS SO ORDERED.

3

4  Dated:  December 14, 2009  _____
                                      MAXINE M. CHESNEY

5                                        United States District Judge

6      IT IS SO STIPULATED.

7

8  December 14, 2009            JOSEPH P. RUSSONIELLO
9                                   United States Attorney
10                                  Northern District of California

11                                  /s

12                                  JEFFREY R. FINIGAN
13                                  Assistant United States Attorney
                                 Northern District of California
14

15

16 December 14, 2009            BARRY J. PORTMAN
                                 Federal Public Defender
17                                  Northern District of California

18                                  /s

19

20                                  STEVEN G. KALAR
                                 Assistant Federal Public Defender
21

22

23

24

25

26

27

28