**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**ORDER**

A Sua Sponte Referral Order has been filed requesting the undersigned determine whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**CR 09-0570 MMC**   United States v. Carmen Garcia
**CV 09-5976 JSW**   Zeneida Perdomo, et al. v. Carmen Garcia, et al.

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED:**  June 14, 2010

MAXINE M. CHESNEY
United States District Judge