BARRY J. PORTMAN
Federal Public Defender
STEVEN G. KALAR
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARMEN GARCIA,<br><br>Defendant. | No. CR 09-0570 MMC<br><br>~~PROPOSED~~ STIPULATED ORDER VACATING STATUS DATE AND SETTING SENTENCING DATE<br><br>**Present Hearing Date**: Wed. October 27, 2010 at 2:30 p.m.<br><br>**Sentencing Hearing Date:** Wed. January 12, 2011 at 2:30 p.m. |

The defendant in the above-entitled action, Carmen Garcia, has entered a guilty plea to federal charges. Her sentencing hearing has been continued several times at the request of counsel, and she is currently scheduled to appear before the Court on Wednesday, October 27, 2010 at 2:30 p.m. for status regarding her sentencing.

In this stipulated order the parties jointly request that the status appearance now

scheduled for October 27th be vacated. The parties further request that the matter be referred to the Office of Probation for completion of a presentence report. Finally, the parties jointly ask that the matter be added to the Court's calendar on Wednesday, January 12, 2011 at 2:30 p.m. for sentencing.

The Court adopts the recommendations of the defense and the government. The status appearance now set for October 27, 2010 is vacated. The matter is referred to Probation for a presentence report, and set for sentencing on January 12, 2011 at 2:30 p.m.

IT IS SO ORDERED.

Dated: October 19, 2010

MAXINE M. CHESNEY
United States District Judge

IT IS SO STIPULATED.

October 18, 2010

MELINDA HAAG
United States Attorney
Northern District of California

/s

JEFFREY R. FINIGAN
Assistant United States Attorney
Northern District of California

October 18, 2010

BARRY J. PORTMAN
Federal Public Defender
Northern District of California

/s

STEVEN G. KALAR
Assistant Federal Public Defender