IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARMEN GARCIA,<br><br>　　　　　　Defendant. | No. CR 09-0570 MMC<br><br>[~~PROPOSED~~] STIPULATED CONTINUANCE OF SENTENCING HEARING; ORDER THEREON<br><br>**Previous Hearing Date:** January 12, 2011 at 2:30 p.m.<br><br>**New Hearing Date:** February 16, 2011 at 2:30 pm. |

　　The defendant in the above-entitled case has entered a guilty plea pursuant to a written plea agreement, and is awaiting sentencing. In this stipulated order counsel for Ms. Garcia represents that Ms. Garcia has been interviewed by the Office of Probation, and that the draft presentence report was completed by Probation within the time allotted under Rule 32.

　　Counsel for Ms. Garcia has raised a number of objections to the draft presentence report, focusing, among other things, on the calculations of loss amounts. The parties feel that it would be productive to meet and confer with the Office of Probation to attempt to resolve these objections before the final presentence report. Because of the impending holidays, however, and the complexity of the defense objections, the parties will not be able

1  to meet with Probation before the final presentence report is due.

2  Therefore, the defense asks that this Court continue the sentencing hearing to

3  Wednesday, February 16, 2011 at 2:30 pm to permit the parties to meet and confer with

4  Probation before the final presentence report is issued. It should be noted that Ms. Garcia is

5  now in federal custody, and is housed at Santa Rita Jail.

6  The government has no objection to this requested continuance, and Probation Officer

7  Casai is available on this later date.

8  Therefore, for good cause shown the sentencing hearing now scheduled for Wednesday,

9  January 12, 2011 at 2:30 p.m. is vacated. The matter shall be added to the Court's calendar

10 on Wednesday, February 16, 2011 at 2:30 pm for sentencing.

11 IT IS SO ORDERED.

12  December 23, 2010
13 DATED                           MAXINE M. CHESNEY
                                    United States District Court Judge
14

15 IT IS SO STIPULATED.

16  December 21, 2010              _____/s_____
17 DATED                           MELINDA HAAG
                                    United States Attorney
18                                  Northern District of California
                                    JEFFREY FINIGAN
19                                  Assistant United States Attorney
20

21
    December 21, 2010              _____/s_____
22 DATED                           BARRY J. PORTMAN
                                    Federal Public Defender
23                                  Northern District of California
24                                  STEVEN G. KALAR
                                    Assistant Federal Public Defender
25

26

*Garcia*, CR 09-0570 MMC
ORD. CONT. SENT.                    2