MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CASBN 150630)
Criminal Chief

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARMEN GARCIA, ) <br>    a/k/a Maria Garcia, ) <br>    a/k/a Maria Carmen Garcia ) <br>    a/k/a Maria Del Carmen Garcia, ) <br>    a/k/a Maria Del C Garcia ) <br>    a/k/a Maria D C Garcia, ) <br> ) <br>    Defendant. ) <br> ) | No.  CR 09-0570 MMC <br><br> [PROPOSED] ORDER UNSEALING UNITED STATES' SENTENCING MEMORANDUM |

Based upon the motion of the government at sentencing on February 16, 2011, and there being no objection from the defendant, IT IS HEREBY ORDERED that the Government's Sentencing Memorandum shall be unsealed .

DATED: February 18, 2011

_/s/ Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Court Judge

UNSEALING ORDER
CR 09-0570 MMC